IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CUSHMIR McBRIDE, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 24-CV-4178 |
| | : | |
| L. LAURIE, *et al.*, | : | |

## ORDER

AND NOW, this 20th day of September, 2024, upon consideration of Plaintiff Cushmir McBride's Motion to Proceed *In Forma Pauperis* (ECF No. 4), and *pro se* Complaint (ECF Nos. 1, 5) it is ORDERED:

1. Leave to proceed *in forma pauperis* is DENIED AS MOOT because McBride paid the fees to commence this civil action.

2. The Complaint is DISMISSED for the reasons stated in the Court's Memorandum:

   a. McBride's damages claims are DISMISSED WITH PREJUDICE for failure to state a claim due to the absence of a *Bivens* remedy.

   b. McBride's claims for declaratory and injunctive relief are DISMISSED WITHOUT PREJUDICE for lack of standing.

3. The Clerk of Court is DIRECTED to CLOSE this case.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.